NO. SCAP-11-0000611

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

PAULETTE KAʻANOHIOKALANI KALEIKINI,
Petitioner/Plaintiff-Appellant,

vs.

WAYNE YOSHIOKA, in his official capacity as Director of the City
and County of Honolulu's Department of Transportation Services;
CITY AND COUNTY OF HONOLULU; HONOLULU CITY COUNCIL; PETER
CARLISLE, in his official capacity as Mayor; CITY AND COUNTY OF
HONOLULU DEPARTMENT OF TRANSPORTATION SERVICES; CITY AND COUNTY
OF HONOLULU DEPARTMENT OF PLANNING AND PERMITTING; WILLIAM J.
AILA, JR., in his official capacity as Chairperson of the Board
of Land and Natural Resources and state historic preservation
officer; PUAʻALAOKALANI AIU, in her official capacity as
administrator of the State Historic Preservation Division;
BOARD OF LAND AND NATURAL RESOURCES; DEPARTMENT OF LAND AND
NATURAL RESOURCES; NEIL ABERCROMBIE, in his official
capacity as Governor; and OʻAHU ISLAND BURIAL COUNCIL,
Respondents/Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIV. NO. 11-1-0206-01)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.; Circuit Judge
Browning, in place of Acoba, J., recused; and Circuit Judge
Toʻotoʻo, in place of Duffy, J., recused)

Upon consideration of the Motion for Reconsideration,

filed by Petitioner/Plaintiff-Appellant Paulette Kaʻanohiokalani

Kaleikini on May 10, 2013, together with the Opinion, and the records and files in this case, and having fully considered the arguments set forth in the Motion,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawai'i, May 17, 2013.

David Kimo Frankel and
Ashley K. Obrey, for
petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ R. Mark Browning

/s/ Fa'auuga To'oto'o

2